MINNIE A. CARY, Respondent, v. ARTHUR L. CARY, Appellant.

*Cary* v. *Cary,* 168 App. Div. 939, affirmed.
(Submitted February 21, 1916; decided March 7, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 5, 1915, which modified and affirmed as modified

an order of Special Term denying a motion for judgment in favor of plaintiff for unpaid alimony and granting a motion by defendent for the annulment of the provisions of a final decree of divorce with regard to the payment of alimony from the time of the plaintiff's remarriage. The only question presented herein is whether the plaintiff, notwithstanding her marriage, is entitled to a judgment for the unpaid alimony down to the time of the defendant's application to annul the provisions for the payment of the same.

*Thomas Moore Simonton* for appellant.

*Henry A. Uterhart* and *Alfred M. Schaffer* for respondent.

Order affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, CUDDEBACK and POUND, JJ. Dissenting: WILLARD BARTLETT, Ch. J., and CARDOZO, J. Not voting: SEABURY, J.